| | | |
|---|---|---|
| RAVEN LILLIE, | )( | Civil Action No. 4:21-cv-3740 |
| | )( | (Jury Trial) |
| *Plaintiff*, | )( | |
| | )( | |
| v. | )( | |
| | )( | |
| THE CITY OF ARCOLA, TEXAS, | )( | |
| *et al.*, | )( | |
| | )( | |
| *Defendants.* | )( | |

## PLAINTIFF'S REQUEST FOR DEFAULT JUDGMENT ON LIABILITY

**TO THE CLERK OF THE COURT:**

**NOW COMES PLAINTIFF RAVEN LILLIE** and asks the Court to render a default judgment on liability against the defendant HECTOR AARON RUIZ and would show the court the following:

### A. Introduction

1. Plaintiff is Raven Lillie; defendants are The City of Arcola, Texas, and Hector Aaron Ruiz. The City of Arcola, Texas, was granted summary judgment.

2. On November 15, 2021, Plaintiff Raven Lillie filed her original complaint in this Court.

3. Hector Aaron Ruiz was served with process on April 15, 2025. **See return of service at Doc. 62**. Hector Aaron Ruiz has not answered nor appeared.

4. Plaintiff now asks the Court to render a default judgment on liability.

5. Plaintiff requests a proceeding on damages after entry of default judgment on liability to be addressed by letter to the Court.

**Argument**

6. A court may render a default judgment against a party who has not filed a responsive pleading or otherwise defended the suit. *See* Fed. R. Civ. P. 55(a), (b)(2); *United States v. $23,000 in U.S. Currency*, 356 F.3d 157, 163-64 (1st Cir. 2004). Defendant Hector Aaron Ruiz has not filed a responsive pleading or otherwise defended the suit.

7. This Court should render a default judgment against defendant Hector Aaron Ruiz because he did not file a responsive pleading within 21 days after service, Hector Aaron Ruiz was served with process April 15, 2026. Fed. R. Civ. P. 12(a)(1)(A)(i).

8. Defendant Hector Aaron Ruiz is not a minor or incompetent person. Fed. R. Civ. P. 55(b)(2). Defendant Ruiz is not in the military service. *See* 50 U.S.C. §3931(b)(1).

9. A declaration of defendant Hector Aaron Ruiz's military status is attached as **Exhibit 1.** Hector Aaron Ruiz is currently in federal prison in Louisiana serving a sentence stemming the incidents at bar.

10. Because defendant Hector Aaron Ruiz did not timely file responsive pleadings or otherwise defend the suit, Ruiz is not entitled to notice of entry of default. *Haw. Carpenters' Trust Funds v. Stone, 794 F.2d 508, 512 (9th Cir. 1986); see Fed. R. Civ. P. 55(a).*

**Conclusion**

11.     Hector Aaron Ruiz has failed to defend this lawsuit. He was served and did not file an answer within 21 days as the Fed. Rule Civ Pro 12(a)(1)(A) requires Ruiz to file an answer by admitting or denying the allegations against him in the complaint to support a 12(c) Motion for Judgment on the pleadings, so for these reasons, plaintiffs asks the Court to grant this motion and render a default judgment for liability which includes costs and post and prejudgment interest jointly and severally with damages to be determined.

Respectfully Submitted,

/s/ *Randall L. Kallinen*
Randall L. Kallinen
KALLINEN LAW PLLC
State Bar of Texas No. 00790995
U.S. Southern District of Texas Bar No. 19417
511 Broadway Street
Houston, Texas 77012
Telephone:   713/320-3785
FAX:           713/893-6737
E-mail:        AttorneyKallinen@aol.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on this April 27, 2026, a true and correct copy of the foregoing pleading was delivered in accordance with the Federal Rules of Civil Procedure to all ECF notice attorneys of record by filing via ECF.

/s/ *Randall L. Kallinen*
Randall L. Kallinen